# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian Kent Bomar, | ) | Case No. 1:22-cr-044 |
| | ) | |
| Defendant. | ) | |

An order conditionally releasing Defendant to Centre, Inc., in Fargo, North Dakota, was issued on December 29, 2023.  Pursuant to a request from the Pretrial Services Office, the court held a status conference, with the parties by telephone on July 24, 2023, to review Defendant's continued placement at Centre, Inc.  At the status conference, the court discussed, among other things, Defendant's alleged violations of Centre, Inc.'s rules, Defendant's adherence or alleged lack thereof to all of his release conditions, the reality that Defendant will be unable to remain at Centre, Inc., indefinitely, and Defendant's apparent lack of effort to prepare for his eventual transition out of Centre, Inc.

Pursuant to its discussion with the parties, Defendant shall have until August 14, 2023, to provide a report to the Pretrial Services Office and the court of the efforts he has undertaken to put himself in a position to transition out of Centre, Inc. and what progress he has made to that end.  In the interim, the court shall continue Defendant's placement at Centre, Inc.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court